# Rule 206.    Admission by Bar Examination Score Transfer

Applicants may apply for admission to the bar of the courts of this Commonwealth using a Uniform Bar Examination (UBE) score earned in another jurisdiction provided that the applicant meets the requirements below.

**(a)**    **Score Requirements.**

1.  The UBE score must meet or exceed that established by the Court as the minimum passing score for applicants sitting for the bar exam at the time **of the UBE that resulted in the score** the applicant **[files an] seeks to transfer [application for admission under this rule]**; and

2.  No more than 30 months have passed from the first day of the UBE that resulted in the score the applicant seeks to transfer.

\*\*\*